MARK J. BOURASSA, ESQ.
Nevada Bar No. 7999
**THE BOURASSA LAW GROUP, LLC**
8668 Spring Mountain Rd., Suite 101
Las Vegas, Nevada 89117
Tel: (702) 851-2180
Fax: (702) 851-2189
Email: mbourassa@bourassalawgroup.com
*Attorney for Plaintiff*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| KATRINA CAMPO, an individual<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN CORADIUS INTERNATIONAL, LLC a Delaware limited liability company,<br><br>Defendant. | Case No.: 2:12-cv-1573<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

PLEASE TAKE NOTICE that Defendant, AMERICAN CORADIUS INTERNATIONAL, LLC, (hereinafter "Defendant"), is hereby voluntarily dismissed from the above-entitled action with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(i). The matter has settled, Defendant has not filed any responsive pleading in this matter and has not incurred any filing fees. As such, this action is now dismissed in its entirety.

DATED this _31st_ day of October 2012.

                                                THE BOURASSA LAW GROUP, LLC

                                                 **/S/ MARK J. BOURASSA, ESQ.**
                                                MARK J. BOURASSA, ESQ.
                                                Nevada Bar No. 7999
                                                8668 Spring Mountain Rd., Suite 101
                                                Las Vegas, Nevada 89117
                                                Tel: (702) 851-2180
                                                Fax: (702) 851-2189

- 1 -

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** was electronically filed this 31st day of October 2012, and is available for viewing and downloading from the ECF System of the United States District Court for the District of Nevada.

The undersigned further certifies that a true and correct copy of the foregoing document was served by mailing a copy thereof, first class mail, postage prepaid, this 31st day of October 2012 as follows:

Debbie Kirkpatrick, Esq.
1545 Hotel Circle South, Suite 150
San Diego, CA 92108

/S/ KRISTI BOURASSA
An employee of
The Bourassa Law Group, LLC

- 2 -